1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9
   KHOU THAO,                         )      1:04-cv-06162 LJO
10                                    )
                    Plaintiff,        )      STIPULATION AND ORDER
11                                    )      TO EXTEND TIME
                                      )
12              v.                    )
                                      )
13 JO ANNE B. BARNHART,               )
   Commissioner of Social             )
14 Security,                          )
                                      )
15                  Defendant.        )
   _____)
16

17      The parties, through their respective counsel, stipulate that

18 defendant's time to respond to plaintiff's opening brief be

19 extended from July 18, 2005 August 18, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28
                                      1

1  This is defendant's first request for an extension of time to
2 respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                   Respectfully submitted,

Dated: July 14, 2005

                                   /s/ Gina M. Fazio
                                   (as authorized by facsimile)
                                   GINA M. FAZIO
                                   Attorney for Plaintiff


Dated: July 14, 2005               McGREGOR W. SCOTT
                                   United States Attorney



                                   /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

         IT IS SO ORDERED.

**Dated:   July 14, 2005**              **/s/ Lawrence J. O'Neill**
66h44d                            UNITED STATES MAGISTRATE JUDGE